IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBEKAH NOECKER, | : | |
| Plaintiff | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| THE READING HOSPITAL AND | : | No. 5:08-cv-03553-LS |
| MEDICAL CENTER | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 27th day of January, 2010, upon consideration of defendant's motions for summary judgment (Doc. #26), plaintiff's response thereto (Doc. # 30), defendant's reply (Doc. #39), and plaintiff's sur-reply (Doc. #40), IT IS HEREBY ORDERED that Defendant's motion is **GRANTED**.

             BY THE COURT:


             /s/ LAWRENCE F. STENGEL
             LAWRENCE F. STENGEL, J.